# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ORANGEBURG DIVISION

| | |
|---|---|
| KENDALL C. JOHNSON and REGIONAL FINANCE CORPORATION OF SOUTH CAROLINA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Defendant. | C.A. NO.: 5:14-cv-03752-JMC-PJG<br><br><br><br>**ORDER REMANDING CASE** |

**THIS MATTER** comes before the Court upon Plaintiffs' motion to remand this case to state court pursuant to 28 U.S.C. § 1447 on the grounds that this court lacks subject matter jurisdiction, to which Defendant consents. In support of remanding this case to state court, the parties hereby stipulate as follows:

1.  The Plaintiffs are not seeking and never will seek damages against the Defendant State Farm Fire and Casualty Company ("State Farm") in excess of $75,000 in this action. This limitation includes all claims of the Plaintiffs in this action, including but not limited to actual damages, punitive damages, attorneys fees, costs and amounts owed under insurance policies, or any other damages.

2.  The Plaintiffs agree never to amend the Complaint in this action against State Farm to seek an amount of damages in excess of $75,000 nor insurance coverage in excess of that amount.



3. In the event a verdict or judgment is returned against State Farm in this action, the Plaintiffs agree the judgment will be marked satisfied by State Farm's maximum payment of $75,000 and that in no event will State Farm be required to pay more than $75,000 to satisfy the Plaintiff's judgment.

4. The Plaintiffs further agree and stipulate that the damages awarded to the Plaintiffs against State Farm in this action will not exceed $75,000.

Based upon the foregoing, it appears that the Court lacks subject matter jurisdiction over this action and that it should be remanded.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action should be, and hereby is, remanded to the South Carolina Court of Common Pleas for Orangeburg County.

**IT IS SO ORDERED.**

_____
The Honorable Paige J. Gossett
U.S. Magistrate Judge

October 22, 2014
Columbia, South Carolina